No. 46,456

Mobil Oil Corporation, a Corporation, *Plaintiff-Appellant*, v. The Fairfax Drainage District of Wyandotte County, Kansas; James L. Conroy, County Clerk, and Eugene T. Barrett, County Treasurer, *Defendants-Appellees*.

(505 P. 2d 687)

Opinion filed January 20, 1973.

*George Maier, Jr.*, of Kansas City, Kansas, argued the cause and was on the brief for the plaintiff-appellant.

*Joseph H. McDowell*, of Kansas City, Kansas, argued the cause and was on the brief for the defendants-appellees.

*Per Curiam:* Article 3, § 2 of the Kansas Constitution, after its amendment of November 7, 1972, still requires the concurrence of not fewer than four justices of this court for a decision. One justice being disqualified and the remaining six being equally divided, the decision of the trial court must stand. See *Tramill v. Holland*, 210 Kan. 180, 499 P. 2d 1075, and cases cited therein.

The judgment is affirmed.

Fromme, J., not participating.